E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4830
    Facsimile: (415) 744-0134
    Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN HALL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:22-cv-00587-PVC<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 1/18/23

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE